COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  | § |  |
|---|---|---|
| IN RE | § | No. 08-14-00237-CR |
|  | § |  |
| CESAR RODRIGUEZ, | § | AN ORIGINAL PROCEEDING |
|  | § |  |
| RELATOR | § | IN MANDAMUS |
|  | § |  |

## J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of mandamus against the District Clerk of El Paso County, Texas, and concludes Relator's petition for writ of mandamus should be dismissed for lack of jurisdiction. We therefore dismiss the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 26TH DAY OF AUGUST, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.